On petition for review from the Court of Appeals filed October 14, 1997,* petition for review allowed; decision of Court of Appeals vacated, and case remanded to Court of Appeals April 23, 1998

Jinny SHIRLEY,
Lawana Warnke, and Bobbie Wade,
*Respondents on Review,*

*v.*

Ray TOLBERT,
*Petitioner on Review.*

Ray TOLBERT,
*Petitioner on Review,*

*v.*

Jinny SHIRLEY,
Lawana Warnke, and Bobbie Wade,
*Respondents on Review.*

(CC 9404560CV; CA A94869; SC S44610)

957 P2d 147

David V. Gilstrap, of Davis, Gilstrap, Hearn & Welty, P.C., Ashland, filed the petition on behalf of petitioner on review.

Michael L. Spencer, of Spencer, Runnels, MacArthur, & Porras, Klamath Falls, filed the response on behalf of respondents on review.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, Kulongoski, and Leeson, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals in light of *Alderman v. Davidson*, 326 Or 508, 954 P2d 779 (1998).

---

* Appeal from Klamath County Circuit Court, Roger Isaacson, Judge. 149 Or App 717, 945 P2d 567 (1997).

** Graber, J., resigned March 31, 1998, and did not participate in the decision of this case.